Argued and submitted September 27, 1991, affirmed February 12, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## PEDRO GONZALES,
aka Fernando Cortez-Esparza,
*Appellant.*

(C90-11-36209; CA A68429)

823 P2d 1050

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.